

**CliCKS** — CliCKS - Dept 007
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222

**STATEMENT**

| Date | 12/31/07 |
|---|---|
| Customer ID | CLE7111 |

⇧ PLEASE REMIT TO ABOVE ADDRESS ⇧

Attn: Gretchen Holderman
Lillie & Holderman
75 Public Square
Suite 1313
Cleveland     OH     44113

This statement represents outstanding invoices and credits as of the statement date. Any payments which have not been fully applied will show as a credit in the Balance column. The reason for the credit is shown under the Reference column. The total due reflects the balance of all outstanding invoices and credits. Please remit the total due as shown at the bottom of the page. Thank you.

Questions about this statement?
1-800-776-9569

*For your convenience, CliCKS accepts American Express, MasterCard, Visa and Discover. Just call our Accounting Office at 1-800-776-9569.*

Page No.   1

| Invoice/Check Number | Date | Code | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 7002999 | 12/ 1/06 | I | SOSA-Ortiz=G.Holderman | 804.22 | 804.22 |

*Invoice amounts on this Statement reflect Gross Totals. As per payment terms, an early payment discount may be applicable. Refer to individual Invoices for Discounted Totals. Please call the Accounting Office at 1-800-776-9569 if you have any questions.*

| Codes | C - CR Memo    P - Payment    A - Discount    F - Finance | | | | Total Due | |
|---|---|---|---|---|---|---|
| | D - DR Memo    I - Invoice    Allowed    Charge | | | | | |
| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | | **804.22** |
| .00 | .00 | .00 | .00 | 804.22 | | |

*Statements are sent as a courtesy to our customers for assistance in reconciling invoices. Prompt payment as invoices are received is appreciated. CliCKS values your business. If you have any questions or comments, please call the location nearest you, or our Accounting Office at 1-800-776-9569. Thank you.*